**FILED**
**JUDGMENT ENTERED**

August 18, 2005
By /s/ R. Balli
Deputy Clerk
U.S. District Court
Eastern District of California

<u>08/18/05</u> **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JERONIMO A. FUENTES, JR.,

    Plaintiff,

vs.

UNITED STATES OF AMERICA

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:04-CV-6119 AWI
1:98-CR-6119 AWI

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.
    IT IS HEREBY ORDERED AND ADJUDGED that the Motion pursuant to 28:2255 is DENIED.

DATED:  August 18, 2005

                              JACK L. WAGNER, Clerk

                              By: <u>/s/ R. Balli</u>
                                    Deputy Clerk