PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **JERONIMO AGUILAR FUENTES** ) <br> ) | **Docket Number: 1:98CR05370-01** |

On April 10, 2000, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:   July 15, 2008
          Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   FUENTES, Jeronimo Aguilar**
      **Docket Number:   1:98CR05370-01 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervisee be discharged from supervised releasee, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   August 1, 2008**                        /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE